**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Juan Carlos Flores v. State of Texas

Appellate case number:   01-19-00277-CR

Trial court case number:  1531168D

Trial court:             Criminal District Court No. 4 of Tarrant County

We withdraw our order dated July 16, 2019 and issue the following order in its stead.

Appellant, Juan Carlos Flores, filed a notice of appeal from a trial court judgment signed on March 15, 2019. On May 14, 2019, the court reporter filed in this Court a sealed reporter's record containing a presentence investigation report ("PSI"). Flores has filed a "First Amended Unopposed Motion For Order Granting Parties' Access To Sealed Materials in the Record on Appeal" by which his counsel seeks to obtain a copy of this sealed record for use in preparing the appellant's brief.

On May 30, 2019, we abated this case to the trial court to determine whether appellant should be permitted access to the sealed PSI record. On June 12, 2019, a supplemental clerk's record was filed, indicating that the trial court would allow appellant and the State to have access to the sealed PSI record. Accordingly, we **reinstate** this case on the Court's active docket.

Flores has the right to have his appellate counsel review the record to determine if it is complete and if there are arguable issues to be raised on appeal. *See Ukwuachu v.* State, 494 S.W.3d 733, 734 (Tex. App.—Waco 2016, order); *Robisheaux v. State*, No. 03-14-00329-CR, 2015 WL 653612, at *1 (Tex. App.—Austin Feb. 13, 2015, order). In *Robisheaux*, the Austin Court of Appeals allowed access to the sealed records with specific limitations. *See* 2015 WL 653612, at *2. In accordance with the limitations set out in *Robisheaux*, we grant counsel's motion for access to the sealed PSI record with the following limitations:

- Appellate counsel for the State and appellant's counsel may review the contents of the sealed PSI record at the office of the Clerk of this Court during regular office hours, but may not copy the records or check them out; alternatively, appellate counsel for the State and appellant's counsel may review the contents of the sealed

PSI record at the clerk's office of the Criminal District Court No. 4 of Tarrant County. *See* TEX. R. APP. P. 34.5(g), 34.6(h).

- Counsel may take notes but are ordered to destroy any such notes immediately upon this Court's issuance of its mandate in this appeal;
- The parties and their counsel are ordered not to disclose any information contained in the sealed PSI record to any other person; and
- If the parties raise any arguments concerning evidence contained in the sealed PSI record, the parties are ordered to file their appellate briefs under seal in electronic format over the counter in the office of the Clerk of this Court, with a statement on the cover of the brief clearly stating the brief is sealed by order of this Court.

On August 2, 2019, appellant filed a second unopposed motion to access the sealed record at the Office of the Clerk of the Second Court of Appeals in Fort Worth. Because the parties may view the sealed record at the trial court clerk's office, we dismiss appellant's motion as moot.

It is so **ORDERED**.

Judge's signature:  /s/ Sherry Radack
☑ Acting individually    ☐ Acting for the Court

Date:   August 15, 2019